1  DAVID J. BERGER, State Bar No. 147645
   KATHERINE L. HENDERSON, State Bar No. 242676
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  One Market Plaza
   Spear Tower, Suite 3300
4  San Francisco, CA  94105
   Telephone:  (415) 947-2000
5  Facsimile:  (415) 947-2099
   Email:  DBerger@wsgr.com
6  Email: KHenderson@wsgr.com

7  *Attorneys for Defendants*
   Riverbed Technology, Inc., Jerry M.
8  Kennelly, Michael Boustridge, Eric S.
   Wolford, Kimberly S. Stevenson, Christopher
9  J. Schaepe, Mark S. Lewis, Mark A. Floyd,
   Steffan Tomlinson, and Michael Nefkens

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH OLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERBED TECHNOLOGY, INC., JERRY M. KENNELLY, MICHAEL BOUSTRIDGE, ERIC S. WOLFORD, KIMBERLY S. STEVENSON, CHRISTOPHER J. SCHAEPE, MARK S. LEWIS, MARK A. FLOYD, STEFFAN C. TOMLINSON, MICHAEL G. NEFKENS, THOMA BRAVO, LLC, PROJECT HOMESTAKE HOLDINGS, LLC, PROJECT HOMESTAKE MERGER CORP., and ELLIOTT ASSOCIATES, L.P.,<br><br>    Defendants. | CASE NO.:  4:15-cv-00562-KAW<br><br>**JOINT STIPULATION EXTENDING TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br><br>Before: Hon. Kandis A. Westmore |

Defendants Riverbed Technology, Inc. ("Riverbed"), Jerry M. Kennelly, Michael Boustridge, Eric S. Wolford, Kimberly S. Stevenson, Christopher J. Schaepe, Mark S. Lewis, Mark A. Floyd, Steffan Tomlinson, and Michael Nefkens (collectively, "Defendants") and Plaintiff Seth Olson ("Plaintiff"), through their respective counsel, hereby submit this joint stipulationextending time within which to respond to complaint.

WHEREAS, this class action ("Action") was filed on February 5, 2015;

WHEREAS, Defendants have agreed to waive service;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), pursuant to which the Court will designate a lead plaintiff in accordance with 15 U.S.C. § 78u-4(a)(3)(B);

WHEREAS, the undersigned parties anticipate that, following the appointment of lead plaintiff, an amended complaint will be filed;

WHEREAS, Plaintiff reserves all rights to seek emergency injunctive relief concerning his claims for violations of sections 14(a) and 20(a) of the Securities and Exchange Act of 1934 and U.S. Securities and Exchange Commission Rule 14a-9 promulgated thereunder in advance of the expiration of the PSLRA lead plaintiff period;

WHEREAS, seven complaints were filed in the Delaware Court of Chancery challenging the Company's disclosures made in connection with the same transaction at issue in this Action and the Delaware Court of Chancery has granted expedited discovery for purposes of a preliminary injunction hearing to be held before the shareholder vote currently scheduled for March 5, 2015; and

WHEREAS, Defendants reserve their right to oppose any request for emergency injunctive relief in this Action.

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. Defendants need not respond to the complaint filed February 5, 2015.

2. After the appointment of a Lead Plaintiff and Lead Counsel, defendants and Lead Plaintiff shall meet and confer to determine a schedule for the filing of an amended complaint, and defendants' response thereto.

Dated: February 19, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Katherine L. Henderson
        Katherine L. Henderson

One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
khenderson@wsgr.com

*Attorneys for Defendants*
Riverbed Technology, Inc., Jerry M. Kennelly, Michael Boustridge, Eric S. Wolford, Kimberly S. Stevenson, Christopher J. Schaepe, Mark S. Lewis, Mark A. Floyd, Steffan Tomlinson, and Michael Nefkens

Dated: February 19, 2015

ROBBINS ARROYO LLP

By:  /s/Stephen J. Oddo
        Stephen J. Oddo

600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsarroyo.com

BOTTINI & BOTTINI, INC.
FRANK A. BOTTINI JR.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002

*Attorneys for Plaintiff Seth Olson*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Katherine L. Henderson, am the ECF User whose identification and password are being used to file the **JOINT STIPULATION EXTENDING TIME WITHIN WHICH TO RESPOND TO COMPLAINT**.  In compliance with General Order 45.X.B, I hereby attest that each of the signatories above has concurred in this filing.

Dated:  February 19, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Katherine L. Henderson
        Katherine L. Henderson

*Attorneys for Defendants*
Riverbed Technology, Inc., Jerry M. Kennelly, Michael Boustridge, Eric S. Wolford, Kimberly S. Stevenson, Christopher J. Schaepe, Mark S. Lewis, Mark A. Floyd, Steffan Tomlinson, and Michael Nefkens