

600 B Street, Suite 1900
San Diego, CA 92101
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsarroyo.com

April 21, 2015

**VIA ELECTRONIC FILING**

Judge Charles R. Breyer
United States District Court
for the Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Olson v. Riverbed Technology, Inc., et al.*, Case No. 3:15-cv-00562-CRB

Dear Judge Breyer:

      I am one of the counsel for plaintiff Seth Olson ("Plaintiff") in the above-captioned shareholder class action (the "Action") concerning the proposed acquisition of Riverbed Technology, Inc. by Thoma Bravo, LLC, and I write in connection with Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel filed by Plaintiff on April 14, 2015 ("Motion") (Document 15) and the subsequent letters filed by myself on April 15, 2015 (Document 17) and by David J. Berger of Wilson Sonsini Goodrich & Rosati (counsel for defendants) on April 16, 2015 (Document 18). The Motion and my letter requested that Plaintiff and his chosen counsel, Robbins Arroyo LLP, be appointed Lead Plaintiff and Lead Counsel for the Action.

      In the letter filed by Mr. Berger, he asks the Court to "defer ruling on any issue in this case" until after the Delaware Court of Chancery considers the proposed settlement of a parallel action. However, pursuant to the Private Securities Litigation Reform act of 1995, 15 U.S.C. §78u-4 (the "PSLRA"), "[n]ot later than 90 days after the date on which a notice is published," the Court is to "consider" and "appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members." 15 U.S.C. §78u-4(a)(3)(B)(i). Accordingly, the statute requires the Court to rule on the Motion no later than May 14, 2015.

      Because the PSLRA requires action on the Motion and no valid reason exists to defer ruling on the unopposed Motion, Plaintiff renews his request that the Court enter the [Proposed] Order Granting Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel submitted with the Motion (Document 15).

                                    Respectfully submitted,

                                    /S/ Stephen J. Oddo
                                    STEPHEN J. ODDO
                                    ROBBINS ARROYO LLP
                                    600 B Street, Suite 1900
                                    San Diego, CA 92101



*Olson v. Riverbed Technology, Inc., et al.*
April 21, 2015
Page 2

                                          Telephone: (619) 525-3990
                                          Facsimile: (619) 525-3991
                                          E-mail: soddo@robbinsarroyo.com

                                          *Counsel for Plaintiff Seth Olson*

cc:     Counsel of Record (via ECF)

1025486