```
 1  ROBBINS ARROYO LLP
    BRIAN J. ROBBINS (#190264)
 2  brobbins@robbinsarroyo.com
    STEPHEN J. ODDO (#174828)
 3  soddo@robbinsarroyo.com
    EDWARD B. GERARD (#248053)
 4  egerard@robbinsarroyo.com
    JUSTIN D. RIEGER (#257321)
 5  jrieger@robbinsarroyo.com
    600 B Street, Suite 1900
 6  San Diego, CA 92101
    Telephone: (619) 525-3990
 7  Facsimile: (619) 525-3991

 8  BOTTINI & BOTTINI, INC.
    FRANK A. BOTTINI JR. (#175783)
 9  fbottini@bottinilaw.com
    7817 Ivanhoe Avenue, Suite 102
10  La Jolla, CA 92037
    Telephone: (858) 914-2001
11  Facsimile: (858) 914-2002

12  Attorneys for Plaintiff Seth Olson

13  [Additional counsel appear on signature page]
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH OLSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:15-cv-00562- CRB |
| Plaintiff, | STIPULATION ANF ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| RIVERBED TECHNOLOGY, INC., JERRY M. KENNELLY, MICHAEL BOUSTRIDGE, ERIC S. WOLFORD, KIMBERLY S. STEVENSON, CHRISTOPHER J. SCHAEPE, MARK S. LEWIS, MARK A. FLOYD, STEFFAN C. TOMLINSON, MICHAEL G. NEFKENS, THOMA BRAVO, LLC, PROJECT HOMESTAKE HOLDINGS, LLC, PROJECT HOMESTAKE MERGER CORP., and ELLIOTT ASSOCIATES, L.P., | Class Action |
| | Judge: Honorable Charles R. Breyer |
| | Courtroom: 6 |
| | Date Action Filed: February 5, 2015 |
| Defendants. | Hearing Date: May 8, 2015<br>Time: 8:30 a.m. |


Plaintiff Seth Olson ("Plaintiff") and defendants Riverbed Technology, Inc. ("Riverbed"), Jerry M. Kennelly, Michael Boustridge, Eric S. Wolford, Kimberly S. Stevenson, Christopher J. Schaepe, Mark S. Lewis, Mark A. Floyd, Steffan C. Tomlinson, Michael G. Nefkens, Thoma Bravo, LLC, Project Homestake Holdings, LLC ("Newco"), and Project Homestake Merger Corp. ("Merger Sub" and with Thoma Bravo, LLC and Newco, "Thoma Bravo") (collectively, "Defendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 5, 2015, Plaintiff commenced this action (the "Action") by filing his Class Action Complaint for Violations of Federal Securities Law and Declaratory Relief (the "Complaint") against Defendants in connection with the proposed acquisition of Riverbed by Thoma Bravo that was first announced on December 15, 2014;

WHEREAS, there is a consolidated class action arising out of similar circumstances filed in the Court of Chancery of the State of Delaware entitled *In re Riverbed Technology, Inc. Stockholders Litigation*, Consol. C.A. No. 10484-VCG (the "Delaware Action");

WHEREAS, the parties to the Delaware Action reached an agreement in principle to resolve that action and entered into a Memorandum of Understanding on February 26, 2015;

WHEREAS, in this Action, a Case Management Conference ("CMC") is currently scheduled for May 8, 2015, at 8:30 a.m., and a joint case management statement (the "Joint CM Statement") is currently due by May 1, 2015; and

WHEREAS, Plaintiff and Defendants (the "Parties") agree that, in light of the developments in the Delaware Action and to preserve judicial and party resources, the CMC currently scheduled for May 8, 2015, and all deadlines associated with the CMC, should be continued for at least sixty days to enable the Parties time to assess the events in the Delaware Action and determine the best way to proceed in this Action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, as follows:

1. The CMC currently scheduled for Friday, May 8, 2015, at 8:30 a.m. shall be rescheduled to Friday, August 14, 2015, at 8:30 a.m., or until such date as is convenient to the Court.

2. The Joint CM Statement shall be due one week prior to the date of the CMC.

| | |
|---|---|
| Dated: April 23, 2015 | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>STEPHEN J. ODDO<br>EDWARD B. GERARD<br>JUSTIN D. RIEGER<br><br>      /s/ Stephen J. Oddo      <br>STEPHEN J. ODDO<br><br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>brobbins@robbinsarroyo.com<br>soddo@robbinsarroyo.com<br>egerard@robbinsarroyo.com<br>jrieger@robbinsarroyo.com<br><br>BOTTINI & BOTTINI, INC.<br>FRANK A. BOTTINI JR.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Telephone: (858) 914-2001<br>Facsimile: (858) 914-2002<br>fbottini@bottinilaw.com<br><br>Attorneys for Plaintiff Seth Olson |
| Dated: April 23, 2015 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>DAVID J. BERGER<br>KATHERINE L. HENDERSON<br><br>      /S/ Katherine L. Henderson      <br>KATHERINE L. HENDERSON<br><br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>dberger@wsgr.com<br>khenderson@wsgr.com<br><br>Attorneys for Defendants Riverbed Technology, Inc., Jerry M. Kennelly, Michael Boustridge, Eric S. Wolford, Kimberly S. Stevenson, Christopher J. Schaepe, Mark S. Lewis, Mark A. Floyd, Steffan Tomlinson, and |

- 2 -

STIPULATION AND [PROPOSED] ORDER RE: CMC
Case No. 3:15-cv-00562-CRB

| | |
|---|---|
| | Michael Nefkens |
| Dated: April 23, 2015 | KIRKLAND & ELLIS LLP |
| | MARK MCKANE |
| | |
| | /S/ Mark McKane |
| | MARK MCKANE |
| | |
| | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1473 |
| | Facsimile: (415) 439-1500 |
| | mark.mckane@kirkland.com |
| | |
| | Counsel for Defendants Thoma Bravo, LLC, Project Homestake Holdings, LLC, and Project Homestake Merger Corp. |

\* \* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   April 24, 2015

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

- 3 -
STIPULATION AND [PROPOSED] ORDER RE: CMC
Case No. 3:15-cv-00562-CRB

**ATTESTATION OF SIGNATURE**

I, Stephen J. Oddo, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Rescheduling Case Management Conference. In compliance with United States District Court, Northern District of California Civil Local Rule 5-1, I hereby attest that I have obtained concurrence in the filing of this document from each of the above counsel who have executed this e-filed document by way of a conformed signature (/s/). Executed this 23rd day of April, 2015, at San Diego, California.

/S/ Stephen J. Oddo
STEPHEN J. ODDO

1025632

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the registered participants as identified on the Notice of Electronic Filing.

>                    /S/ Stephen J. Oddo
>                    STEPHEN J. ODDO